# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GLENN THOMPKINS A/K/A GLEN
THOMPKINS

NO. 2020 KW 1295

FEB 1 8 2021

---

In Re:   Glenn  Thompkins  a/k/a  Glen  Thompkins,  applying  for
supervisory   writs,   17th   Judicial   District   Court,
Parish of Lafourche, No. C-558909.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.**  The record of the Clerk of Court of
Lafourche  Parish  reflects  the  district  court  denied  relator's
"Motion  to  Vacate  Habitual  Offender  Adjudication  and  Vacate  an
Illegal Habitual Offender Sentence" on January 26, 2021.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

<u>α.σ∿P</u>
DEPUTY CLERK OF COURT
FOR THE COURT